ROBERT D. DOUGLASS et al., as Executors of ROBERT G. DUN, Deceased, Respondents, *v.* MARY R. CHISHOLM et al., Individually and as Executors of ELLEN M. CHISHOLM, Deceased, et al., Appellants.

*Dun* v. *Chisholm*, 143 App. Div. 907, affirmed.
(Argued March 26, 1912; decided April 9, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 20, 1911, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term in an action to foreclose a mortgage.

*Joseph H. Choate, Jr.,* and *Herbert B. Smith* for appellants.

*Charles W. Pierson* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.